### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, DEAN H. VANDER BAAN, THOMAS J. YONKER, and LAWRENCE GROOT as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND,

Plaintiff,

v.

BUSHWOOD, LLC, an Illinois Corporation,

Defendant.

Docket Number:

Assigned Judge:

Designated Magistrate Judge:

**07 C 6838**

**JUDGE ZAGEL
MAGISTRATE JUDGE NOLAN**

TO:   BUSHWOOD, LLC
c/o Christopher E. Kentra, Registered Agent
123 N. Wacker, Ste 1800
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

Date

**December 5, 2007**
Date



# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 12/7/07

NAME OF SERVER (PRINT): Alan W. Ashbeck

TITLE: Clerk

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: At place of work, where listed in the Summons.

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[_] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
Date

Signature of Server: Alan W. Ashbeck

Address of Server: 85 S. Michigan Ave., 19th Floor
Chicago, IL. 60603