IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, DEAN H. VANDER BAAN, THOMAS J. YONKER, and LAWRENCE GROOT as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BUSHWOOD LLC, an Illinois Corporation, <br><br>　　　　Defendant. | ) <br>) <br>) <br>) Case No. 07 C 6838 <br>) <br>) <br>) <br>) <br>) Judge Zagel <br>) <br>) Magistrate Judge Nolan <br>) <br>) <br>) |

## NOTICE OF VOLUNTARY DISMISSAL

　　Plaintiff TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, DEAN H. VANDER BAAN, THOMAS J. YONKER and LAWRENCE GROOT as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND, through its attorneys, Dowd, Bloch & Bennett, pursuant to Fed.R.Civ.P.41(a)(1)(i), hereby voluntary dismisses the Complaint in the above-captioned cause without prejudice. The Defendant has entered an appearance or filed a responsive pleading.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ LaKisha M. Kinsey-Sallis
　　　　　　　　　　　　　　　　　　　　　　LaKisha M. Kinsey-Sallis
　　　　　　　　　　　　　　　　　　　　　　One of the Plaintiff's attorneys


J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steve W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361