## CERTIFICATE OF SERVICE

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Notice of Voluntary Dismissal via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on January 24, 2008 before 5:00 p.m., with proper postage prepaid at the addresses indicated.


TO:    Bushwood, LLC                                      Bushwood, LLC
       c/o Christoper E. Kentra, Registered Agent         c/o Craig Hansen
       123 N. Wacker, Suite 1800                          30 Madison Street
       Chicago, IL 60606                                  Maywood, IL 60153


                                                          /s/ LaKisha M. Kinsey-Sallis
                                                          LaKisha M. Kinsey-Sallis
                                                          One of Plaintiff's Attorneys