IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, JOHN LISNER, WILLIAM LOGAN, DEAN H. VANDER BAAN, THOMAS J. YONKER, and LAWRENCE GROOT as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>BUSHWOOD LLC, an Illinois Corporation,<br><br>Defendant. | ) ) ) ) Case No. 07 C 6838 ) ) ) ) ) ) Judge Zagel ) )Magistrate Judge Nolan ) ) ) |

## NOTICE OF FILING

TO:  Bushwood, LLC                              Bushwood, LLC
     c/o Christoper E. Kentra, Registered Agent  c/o Craig Hansen
     123 N. Wacker, Suite 1800                   30 Madison Street
     Chicago, IL 60606                           Maywood, IL 60153

PLEASE TAKE NOTICE that on **January 24, 2008**, I caused to be filed electronically the attached Notice of Voluntary Dismissal at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and served upon you.

                                        Respectfully submitted,

                                        /s/ LaKisha M. Kinsey-Sallis
                                        LaKisha M. Kinsey-Sallis
                                        One of Plaintiff's Attorneys

J. Peter Dowd
Michele M. Reynolds
Justin J. Lannoye
LaKisha M. Kinsey-Sallis
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361